FILED

06/03/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0213

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 24-0213

_____

JARED SUNDOWN HENDRICKSON,

      Petitioner,

v.

                                      O R D E R

JAMES SALMONSEN, WARDEN,
Montana State Prison,

      Respondent.

_____

Jared Sundown Hendrickson, via counsel, filed a Petition for Writ of Habeas Corpus, alleging he is entitled to additional credit for time served. The Office of the Attorney General has timely responded to Hendrickson's petition on behalf of Respondent James Salmonsen, Warden, Montana State Prison.

In the response, the Attorney General's Office agrees that Hendrickson is entitled to additional credit for time served but denies that he is entitled to all the time he requests.

Under M. R. App. P. 14(7)(a), no reply memorandum shall be filed on a petition for writ, except by leave of Court. In this instance, the Court would find it helpful for Hendrickson to respond to the Respondent's arguments as to why he should not get credit for all the time he has requested.

IT IS THEREFORE ORDERED that Petitioner Jared Sundown Hendrickson is GRANTED until July 1, 2024, to prepare, file, and serve a written reply to the response to his petition for writ of habeas corpus.

The Clerk is directed to provide a copy of this Order to all counsel of record and to Jared Sundown Hendrickson personally.

Electronically signed by:
Ingrid Gustafson
Justice, Montana Supreme Court
June 3 2024